# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:08cr40-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **O R D E R** |
| ANGELA MARIE PROFFITT, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion to request a copy of the Statement of Reasons. [Doc. 122].

For cause shown, the Court will direct the Clerk of Court to furnish the Defendant with a copy of the Statement of Reasons [Doc. 95].

**IT IS, THEREFORE, ORDERED** that the Defendant's letter [Doc. 122], which the Court construes as a motion to request a copy of the Statement of Reasons, is **ALLOWED**. The Clerk of Court is directed to furnish the Defendant a copy of the Statement of Reasons, along with a copy of this Order.

**IT IS SO ORDERED.**

Signed: August 4, 2010

Martin Reidinger
United States District Judge